1  Wyeth E. Burrows (State Bar No. 203851)
   Wburrows@wshblaw.com
2  **WOOD, SMITH, HENNING & BERMAN LLP**
   501 West Broadway, Suite 1200
3  San Diego, California 92101
   Phone: 619-849-4900 ♦ Fax: 619-849-4950
4
5  Attorneys for Defendant ACE TRUCKING, INC.

6

7

8              **UNITED STATES DISTRICT COURT**

9            **SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  CHLOE J. RIDDLE, an individual, | Case No.  **'22 CV 1069 L     AHG** |
| 12            Plaintiff, | Complaint filed:  05/06/22 |
| 13        v. | Superior Court Case No. 37-2022-0017226-CU-PA-CTL |
| 14  ACE TRUCKING, INC., SALVADOR CASTANEIRA; JUSTIN | **DEFENDANT ACE TRUCKING, INC.'S NOTICE OF REMOVAL OF** |
| 15  STRAWDER; and DOES 1 TO 30, | **ACTION TO FEDERAL COURT** |
| 16            Defendants. | |

17

18      **TO THE CLERK FOR THE UNITED STATES DISTRICT COURT**

19  **FOR THE SOUTHERN DISTRICT OF CALIFORNIA, AND TO ALL**

20  **PARTIES AND THEIR ATTORNEYS OF RECORD:**

21      **PLEASE TAKE NOTICE** that Defendant ACE TRUCKING, INC.

22  ("Defendant" or "ACE") hereby **REMOVES** the above-referenced action from the

23  Superior Court of the State of California, County of San Diego to the U.S. District

24  Court for the Southern District of California pursuant to 28 U.S.C §§ 1332 and 1441

25  (based on diversity of citizenship jurisdiction).

26  **I.    JURISDICTION**

27      1.    Federal courts have limited jurisdiction, and are constrained by

28  "Congress and by the Constitution[] in the subject matter of cases [they] may

*(left margin, vertical text)* WOOD, SMITH, HENNING & BERMAN LLP / Attorneys at Law / 501 WEST BROADWAY, SUITE 1200 / SAN DIEGO, CALIFORNIA 92101 / TELEPHONE 619-849-4900 ♦ FAX 619-849-4950

1    adjudicate." *Polo v. Innoventions Int'l, LLC*, 833 F.3d 1193, 1196 (9th Cir. 2016).

2    Where a suit has been filed in state court, Congress has authorized removal to

3    federal court where, *inter alia*, complete diversity exists and the amount in

4    controversy exceeds $75,000.  *See* 28 U.S.C. §§ 1332(a), 1441(a).

5        2.    Complete diversity exists where "the citizenship of each plaintiff is

6    diverse from the citizenship of each defendant." *Caterpillar Inc. v. Lewis*, 519 U.S.

7    61, 68 (1996).  The citizenship of an individual is determined by the individual's

8    domicile—the "permanent home, where [the individual] resides with the intention to

9    remain or to which [the individual] intends to return." *Kanter v. Warner-Lambert*

10   *Co.*, 265 F.3d 853, 857 (9th Cir. 2001).  A corporation is a citizen of the state in

11   which it is incorporated and the state where it has its principal place of business.

12   *See* 28 U.S.C. § 1332(c)(1).  A corporation's principal place of business is the place

13   where the corporation's officers "direct, control, and coordinate the corporation's

14   activities." *Hertz Corp. v. Friend*, 559 U.S. 77, 80 (2010).

15       3.    The defendant bears the burden of demonstrating removal is proper,

16   and thus establishing federal subject matter jurisdiction.  *See Acad. of Country*

17   *Music v. Cont'l Cas. Co.*, 991 F.3d 1059, 1068 (9th Cir. 2021).

18       **A.    Complete Diversity Exists Between the Parties.**

19       4.    Plaintiff CHLOE J. RIDDLE is an individual and citizen of the state of

20   California.  *See* **Exhibit A** (Traffic Collision Report).

21       5.    Defendant SALVADOR CASTANEIRA is an individual and citizen of

22   the state of Arizona.  *See* **Exhibit A**.

23       6.    Defendant is informed and believes Defendant JUSTIN STRAWDER

24   is an individual and citizen of the state of Oregon.  *See* **Exhibit B** (Court documents

25   filed by Defendant Strawder setting forth Oregon residence).

26       7.    Defendant is a corporation with its principal place of business in

27   Arizona, and is incorporated under the laws of Arizona.  *See* **Exhibit C** (2021

28   Arizona Secretary of State Filing setting forth principle lace of business).  Thus,

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619-849-4900 ♦ FAX 619-849-4950

1  ACE is a citizen of Arizona.

2        **B.    The Amount in Controversy is Satisfied.**

3        8.    The Complaint is silent as to the amount of damages sought in this suit.

4  In such a case, the defendant's notice of removal may indicate the amount in

5  controversy.  *See* 28 U.S.C. § 1446(c)(2)(A); *Dart Cherokee Basin Operating Co.,*

6  *LLC v. Owens*, 574 U.S. 81, 84 (2014).  Unless contested or questioned by the

7  Court, the amount in controversy alleged by the defendant should be accepted as

8  true, *see Dart Cherokee*, 574 U.S. at 87, and evidence substantiating the amount in

9  controversy is not required, *Ibarra v. Manheim Invs., Inc.*, 775 F.3d 1193, 1197 (9th

10  Cir. 2015).  "[A] defendant's notice of removal need include only a plausible

11  allegation that the amount in controversy exceeds the jurisdictional threshold." *Dart*

12  *Cherokee*, 574 U.S. at 89.

13        9.    While Defendant denies any and all liability relating to Plaintiff's

14  negligence causes of action, the amount in controversy exceeds $75,000 as required

15  by 28 U.S.C. § 1332(a).  Based on communications with counsel, Defendant is

16  informed and believes that Plaintiff is seeking more than $100,000 in past medical

17  specials, in addition to other economic and non-economic damages.  Thus, the

18  amount in controversy is well over $75,000, and the jurisdictional threshold of 28

19  U.S.C. § 1332(a) has been met.

20  **II.   <u>VENUE</u>**

21        10.    Venue is proper in this Court because the U.S. District Court for the

22  Southern District of California embraces the Superior Court of the State of

23  California, County of San Diego—the place where the action is pending.  *See* 28

24  U.S.C. §§ 1441(a) and 1446(a).

25  **III.   <u>TIMELINESS</u>**

26        11.    Generally, the notice of removal of a civil action must be filed within

27  30 days after receipt of the complaint and summons.  *See* 28 U.S.C. § 1446(b).

28        12.    The instant action was filed in the Superior Court of the State of

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619-849-4900 ♦ FAX 619-849-4950

California, County of San Diego on May 6, 2022.

13.     Defendant ACE was served with the Complaint and Summons on July 6, 2022.  Thus, this Notice of Removal has been filed within 30 days after receipt of the Summons and Complaint in accordance with 28 U.S.C. § 1446(b): removal is timely.

14.     Defendant is informed and believes that service has not been completed on Defendant SALVADOR CASTANEIRA

15.     Defendant is not aware of the status of service on Defendant JUSTIN STRAWDER.

**IV.**     **NOTICE TO STATE COURT**

14.     Defendant will promptly serve a true and correct copy of this Notice of Removal on Plaintiff and file it with the Clerk of the Superior Court of the State of California, County of San Diego in accordance with 28 U.S.C. § 1446(d).

**V.**     **CONCLUSION**

15.     Because this action involves an amount in controversy in excess of $75,000, and because the citizenship of the Plaintiff is diverse from the citizenship of each Defendant, the requirements for removal under 28 U.S.C. §§ 1332(a) and 1441(a) have been satisfied.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619-849-4900 ♦ FAX 619-849-4950

WHEREFORE, Defendant prays that the above-referenced action now pending before the Superior Court of the State of California, County of San Diego be **REMOVED** to this Court.

DATED:  July 22, 2022                    Respectfully submitted,

WOOD, SMITH, HENNING & BERMAN LLP

By: _____
               WYETH E. BURROWS
Attorneys for Defendant ACE TRUCKING, INC.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619-849-4900 ♦ FAX 619-849-4950

25208478.1:05580-0255

-5-

DEFENDANT'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT