# EXHIBIT A

# STATE OF CALIFORNIA
## DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
# TRAFFIC COLLISION REPORT

CHP 555 PAGE 1 (REV. 04-11) OPI 060    PAGE 1 OF 18

| SPECIAL CONDITIONS | NUMBER INJURED: 2 | HIT & RUN FELONY: ☐ | CITY: UNINCORPORATED | JUDICIAL DISTRICT: EAST COUNTY DIVISION | LOCAL REPORT NUMBER: 9680-2020-01525 |
|---|---|---|---|---|---|
|  | NUMBER KILLED: 0 | HIT & RUN MISDEMEANOR: ☐ | COUNTY: SAN DIEGO | REPORTING DISTRICT: — BEAT: 086 | DAY OF WEEK: MONDAY — TOW AWAY: ☒ YES ☐ NO |

**LOCATION**

- COLLISION OCCURRED ON: INTERSTATE 8 (WESTBOUND)
- MO/DAY/YEAR: 05/11/2020   TIME (2400): 0740   NCIC #: 9680   OFFICER I.D.: 017460
- MILEPOST INFORMATION:
- GPS COORDINATES — LATITUDE: 32.700410°   LONGITUDE: -116.324270°
- PHOTOGRAPHS BY: OFFICER J.T. NEIBERT   NONE: ☐
- AT INTERSECTION WITH: ☐
- OR: 0.1 MILE(S) EAST OF CANEBRAKE RD ☒
- STATE HWY REL: ☒ YES ☐ NO

---

**PARTY 1** — DRIVER ☒

| DRIVER'S LICENSE NUMBER | STATE | CLASS | AIR BAG | SAFETY EQUIP. | VEH. YEAR | MAKE/MODEL/COLOR | LICENSE NUMBER | STATE |
|---|---|---|---|---|---|---|---|---|
| Y2968676 | CA | C | L | G | 13 | SUBA WRX BLK | NONE | CA |

- NAME (FIRST, MIDDLE, LAST): JUSTIN NICHOLAS STRAWDER
- STREET ADDRESS: 440 CHAMBERS ST, 104
- CITY/STATE/ZIP: EL CAJON, CA 92020
- SEX: M   HAIR: BRN   EYES: HZL   HEIGHT: 6-07   WEIGHT: 220   BIRTHDATE: 11/02/1998   RACE: W
- HOME PHONE: (619)733-6996   BUSINESS PHONE: (619)275-4500
- INSURANCE CARRIER: NONE   POLICY NUMBER:
- DIR OF TRAVEL: W   ON STREET OR HIGHWAY: INTERSTATE 8   SPEED LIMIT: 70
- OWNER'S NAME: ☒ SAME AS DRIVER
- OWNER'S ADDRESS: ☒ SAME AS DRIVER
- DISPOSITION OF VEHICLE ON ORDERS OF: ☒ OFFICER ☐ DRIVER ☐ OTHER
- DICKS TOWING- CAMPO - (619)478-5616
- PRIOR MECH. DEFECTS: ☒ NONE APP. ☐ REFER TO NARRATIVE
- VEHICLE IDENTIFICATION NUMBER: JF1GV7E62DG019240
- VEHICLE TYPE: 01
- DESCRIBE VEHICLE DAMAGE: ☐ UNK ☐ NONE ☐ MINOR ☐ MOD ☒ MAJOR ☐ ROLL-OVER
- CA ___ DOT ___ CAL-T ___ TCP/PSC ___ MC/MX ___

---

**PARTY 2** — DRIVER ☒

| DRIVER'S LICENSE NUMBER | STATE | CLASS | AIR BAG | SAFETY EQUIP. | VEH. YEAR | MAKE/MODEL/COLOR | LICENSE NUMBER | STATE |
|---|---|---|---|---|---|---|---|---|
| D02212291 | AZ | F | P | G | 2018 | KENW TRACTOR WHT | AH45348 | AZ |
|  |  |  |  |  | 2006 | REITN FLATBD SIL | Y77370 | AZ |

- NAME (FIRST, MIDDLE, LAST): SALVADOR CEBALLOS CASTANEIRA
- STREET ADDRESS: 1474 EAST C STREET
- CITY/STATE/ZIP: SAN LUIS, AZ 85349
- SEX: M   HAIR: BRN   EYES: BRN   HEIGHT: 5-05   WEIGHT: 210   BIRTHDATE: 09/15/1971   RACE: H
- HOME PHONE: (928)615-7158   BUSINESS PHONE: (928)726-6811
- INSURANCE CARRIER: GREAT WESTERN CASUALTY   POLICY NUMBER: GWP10818R
- DIR OF TRAVEL: W   ON STREET OR HIGHWAY: INTERSTATE 8   SPEED LIMIT: 55
- OWNER'S NAME: ☐ SAME AS DRIVER — ACE TRUCKING INC
- OWNER'S ADDRESS: ☐ SAME AS DRIVER — 2936 AVE 3 1/2 YUMA AZ 85365
- DISPOSITION OF VEHICLE ON ORDERS OF: ☐ OFFICER ☒ DRIVER ☐ OTHER
- DRIVEN FROM SCENE
- PRIOR MECHANICAL DEFECTS: ☒ NONE APP. ☐ REFER TO NARRATIVE
- VEHICLE IDENTIFICATION NUMBER: 1XKZD49X5JJ180112
- VEHICLE TYPE: 25   32
- DESCRIBE VEHICLE DAMAGE: ☐ UNK ☐ NONE ☒ MINOR ☐ MOD ☐ MAJOR ☐ ROLL-OVER
- CA ___ DOT 14682141   CAL-T ___ TCP/PSC ___ MC/MX ___

---

**PARTY 3** (blank)

---

- PREPARER'S NAME: E. KETCHUM 017460
- DISPATCH NOTIFIED: ☒ YES ☐ NO ☐ N/A
- REVIEWER'S NAME: J. MIKULSKY 018152
- DATE REVIEWED: 05/20/2020

AN INTERNATIONALLY ACCREDITED AGENCY

# TRAFFIC COLLISION CODING

CHP 555 CARS PAGE2 (REV. 04-11) OPI 060 — PAGE 2 OF 18

| DATE OF COLLISION (MO. DAY YEAR) | TIME(2400) | NCIC # | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 05/11/2020 | 0740 | 9680 | 017460 | 9680-2020-01525 |

**PROPERTY DAMAGE**
- OWNER'S NAME:
- OWNER ADDRESS:
- DESCRIPTION OF DAMAGE:
- NOTIFIED: ☐ YES ☐ NO

## SEATING POSITION

```
    ^
  1 2 3
  4 5 6      1 - DRIVER
    7        2 TO 6 - PASSENGERS
             7 - STATION WAGON REAR
             8 - REAR. OCC TRK. OR VAN
             9 - POSITION UNKNOWN
             0 - OTHER
```

## SAFETY EQUIPMENT

**OCCUPANTS**
- A - NONE IN VEHICLE
- B - UNKNOWN
- C - LAP BELT USED
- D - LAP BELT NOT USED
- E - SHOULDER HARNESS USED
- F - SHOULDER HARNESS NOT USED
- G - LAP/SHOULDER HARNESS USED
- H - LAP/SHOULDER HARNESS NOT USED
- J - PASSIVE RESTRAINT USED
- K - PASSIVE RESTRAINT NOT USED
- P - NOT REQUIRED

**CHILD RESTRAINT**
- Q - IN VEHICLE USED
- R - IN VEHICLE NOT USED
- S - IN VEHICLE USE UNKNOWN
- T - IN VEHICLE IMPROPER USE
- U - NONE IN VEHICLE

**M / C BICYCLE HELMET**
- DRIVER: V - NO / W - YES
- PASSENGER: X - NO / Y - YES

## AIR BAG
- B - UNKNOWN
- L - AIR BAG DEPLOYED
- M - AIR BAG NOT DEPLOYED
- N - OTHER
- P - NOT REQUIRED

## EJECTED FROM VEHICLE
- 0 - NOT EJECTED
- 1 - FULLY EJECTED
- 2 - PARTIALLY EJECTED
- 3 - UNKNOWN

## INATTENTION CODES
- A - CELL PHONE HANDHELD
- B - CELL PHONE HANDSFREE
- C - ELECTRONIC EQUIPMENT
- D - RADIO / CD
- E - SMOKING
- F - EATING
- G - CHILDREN
- H - ANIMALS
- I - PERSONAL HYGIENE
- J - READING
- K - OTHER

ITEMS MARKED BELOW FOLLOWED BY AN ASTERISK (*) SHOULD BE EXPLAINED IN THE NARRATIVE.

| PRIMARY COLLISION FACTOR / LIST NUMBER (#) OF PARTY AT FAULT | TRAFFIC CONTROL DEVICES | 1 | 2 | 3 | SPECIAL INFORMATION | 1 | 2 | 3 | MOVEMENT PRECEDING COLLISION |
|---|---|---|---|---|---|---|---|---|---|
| 1 — A 23152(F) VC — VC SECTION VIOLATED — CITED ☒ YES ☐ NO | A CONTROLS FUNCTIONING | | | | A HAZARDOUS MATERIAL | | | | A STOPPED |
| B OTHER IMPROPER DRIVING* | B CONTROLS NOT FUNCTIONING* | | | | B CELL PHONE HANDHELD IN USE | X | X | | B PROCEEDING STRAIGHT |
| | C CONTROLS OBSCURED | | | | C CELL PHONE HANDSFREE IN USE | | | | C RAN OFF ROAD |
| | X D NO CONTROLS PRESENT / FACTOR* | X | X | | D CELL PHONE NOT IN USE | | | | D MAKING RIGHT TURN |
| C OTHER THAN DRIVER* | TYPE OF COLLISION | | | | E SCHOOL BUS RELATED | | | | E MAKING LEFT TURN |
| D UNKNOWN* | A HEAD - ON | | | | F 75 FT MOTORTRUCK COMBO | | | | F MAKING U TURN |
| | B SIDE SWIPE | | | | G 32 FT TRAILER COMBO | | | | G BACKING |
| | X C REAR END | | | | H | | | | H SLOWING / STOPPING |
| WEATHER (MARK 1 TO 2 ITEMS) | D BROADSIDE | | | | I | | | | I PASSING OTHER VEHICLE |
| X A CLEAR | E HIT OBJECT | | | | J | | | | J CHANGING LANES |
| B CLOUDY | F OVERTURNED | | | | K | | | | K PARKING MANEUVER |
| C RAINING | G VEHICLE / PEDESTRIAN | | | | L | | | | L ENTERING TRAFFIC |
| D SNOWING | H OTHER*: | | | | M | | | | M OTHER UNSAFE TURNING |
| E FOG / VISIBILITY ___ FT. | | | | | N | | | | N XING INTO OPPOSING LANE |
| F OTHER:* | MOTOR VEHICLE INVOLVED WITH | | | | O | | | | O PARKED |
| G WIND | A NON - COLLISION | | | | | | | | P MERGING |
| LIGHTING | B PEDESTRIAN | | | | | | | | Q TRAVELING WRONG WAY |
| X A DAYLIGHT | X C OTHER MOTOR VEHICLE | | | | OTHER ASSOCIATED FACTORS (MARK 1 TO 2 ITEMS) | 1 | 2 | 3 | R OTHER*: |
| B DUSK - DAWN | D MOTOR VEHICLE ON OTHER ROADWAY | | | | A VC SECTION VIOLATED: 22350 CITED ☐ YES ☒ NO | X | | | |
| C DARK - STREET LIGHTS | E PARKED MOTOR VEHICLE | | | | | | | | |
| D DARK - NO STREET LIGHTS | F TRAIN | | | | B VC SECTION VIOLATED: CITED ☐ YES ☐ NO | | | | |
| E DARK - STREET LIGHTS NOT FUNCTIONING* | G BICYCLE | | | | | | | | SOBRIETY - DRUG PHYSICAL (MARK 1 TO 2 ITEMS) |
| ROADWAY SURFACE | H ANIMAL: | | | | C VC SECTION VIOLATED: CITED ☐ YES ☐ NO | 1 | 2 | 3 | |
| X A DRY | I FIXED OBJECT: | | | | D | | | X | A HAD NOT BEEN DRINKING |
| B WET | | | | | E VISION OBSCUREMENT: | | | | B HBD - UNDER INFLUENCE |
| C SNOWY - ICY | J OTHER OBJECT: | | | | F INATTENTION*: | | | | C HBD - NOT UNDER INFLUENCE* |
| D SLIPPERY (MUDDY, OILY, ETC.) | | | | | G STOP & GO TRAFFIC | | | | D HBD - IMPAIRMENT UNKNOWN* |
| ROADWAY CONDITION(S) (MARK 1 TO 2 ITEMS) | PEDESTRIAN'S ACTIONS | | | | H ENTERING / LEAVING RAMP | X | | | E UNDER DRUG INFLUENCE* |
| A HOLES, DEEP RUT* | X A NO PEDESTRIANS INVOLVED | | | | I PREVIOUS COLLISION | | | | F IMPAIRMENT - PHYSICAL* |
| B LOOSE MATERIAL ON ROADWAY* | B CROSSING IN CROSSWALK - AT INTERSECTION | | | | J UNFAMILIAR WITH ROAD | | | | G IMPAIRMENT NOT KNOWN |
| C OBSTRUCTION ON ROADWAY* | | | | | K DEFECTIVE VEH. EQUIP.: CITED ☐ YES ☐ NO | | | | H NOT APPLICABLE |
| D CONSTRUCTION - REPAIR ZONE | C CROSSING IN CROSSWALK - NOT AT INTERSECTION | | | | | | | | I SLEEPY / FATIGUED* |
| E REDUCED ROADWAY WIDTH | | | | | L UNINVOLVED VEHICLE | | | | |
| F FLOODED* | D CROSSING - NOT IN CROSSWALK | | | | M OTHER*: | | | | |
| G OTHER*: | E IN ROAD - INCLUDES SHOULDER | | | | | | | | |
| X H NO UNUSUAL CONDITIONS | F NOT IN ROAD | | | X | N NONE APPARENT | | | | |
| | G APPROACHING / LEAVING SCHOOL BUS | | | | O RUNAWAY VEHICLE | | | | |

**SKETCH** — FOR SKETCH DIAGRAM, SEE PAGE 4

◯ INDICATE NORTH

**MISCELLANEOUS**

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
**INJURED / WITNESSES / PASSENGERS**
CHP 555 CARS PAGE 3 (REV 11-16) OPI 060

PAGE 3 OF 18

| DATE OF COLLISION (MO. DAY YEAR) | TIME(2400) | NCIC # | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 05/11/2020 | 0740 | 9680 | 017460 | 9680-2020-01525 |

| WITNESS ONLY | PASSENGER ONLY | AGE | SEX | EXTENT OF INJURY ('X' ONE) ||||  INJURED WAS ('X' ONE) |||||  PARTY NUMBER | SEAT POS. | AIR BAG | SAFETY EQUIP. | EJECTED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FATAL INJURY | SUSPECTED SERIOUS INJURY | SUSPECTED MINOR INJURY | POSSIBLE INJURY | DRIVER | PASS. | PED. | BICYCLIST | OTHER | | | | | |
| ☐ # | ☐ | 18 | F | ☐ | ☒ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | 1 | 3 | L | G | 0 |

NAME / D.O.B. / ADDRESS: CHOLOE RIDDLE (05/24/2001) 5482 AZORES CT SAN DIEGO CA 92124
TELEPHONE: (619)226-9368
(INJURED ONLY) TRANSPORTED BY: NERCY MEDIC 47
EMS RUN NUMBER:
TAKEN TO: SHARP MEMORIAL HOSPITAL, SAN DIEGO
DESCRIBE INJURIES: LOWER BACK COMPRESSION FACTURE AND ABRASIONS TO FACE
☐ VICTIM OF VIOLENT CRIME NOTIFIED

| ☐ # | ☐ | 21 | M | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | 1 | 1 | L | G | 0 |

NAME / D.O.B. / ADDRESS: JUSTIN NICHOLAS STRAWDER (11/02/1998) 440 CHAMBERS ST, 104 EL CAJON CA 92020
TELEPHONE: (619)733-6996
(INJURED ONLY) TRANSPORTED BY: CALIFORNIA HIGHWAY PATROL
EMS RUN NUMBER:
TAKEN TO: SHARP MEMORIAL HOSPITAL, SAN DIEGO
DESCRIBE INJURIES: LACERATION FOR RIGHT ELBOW AND COMPLAINT OF PAIN TO RIGHT HIP AND CHEST.
☐ VICTIM OF VIOLENT CRIME NOTIFIED

| ☒ # 1 | ☐ | 30 | M | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | | | | |

NAME / D.O.B. / ADDRESS: DUSTIN WARD (03/10/1990) YUMA AZ
TELEPHONE: (928)919-9942
(INJURED ONLY) TRANSPORTED BY:
EMS RUN NUMBER:
TAKEN TO:
DESCRIBE INJURIES:
☐ VICTIM OF VIOLENT CRIME NOTIFIED

| PREPARER'S NAME | I.D. NUMBER | MO. DAY YEAR | REVIEWER'S NAME | MO. DAY YEAR |
|---|---|---|---|---|
| E. KETCHUM | 017460 | 05/11/2020 | J. MIKULSKY 018152 | 05/20/2020 |

AN INTERNATIONALLY ACCREDITED AGENCY

STATE OF CALIFORNIA
**SKETCH DIAGRAM**
VIS-1T-20-3PAGE

PAGE 04 OF 18

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 05/11/2020 | 0740 | 9680 | 017460 | 9680-2020-01525 |



Canebrake U/C
(Live Oak Trail)

Interstate 8 Eastbound

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| J.T. Neibert | 014949 | 05/16/20 | J. Mikulsky | 05/20/20 |

STATE OF CALIFORNIA
**SKETCH DIAGRAM**
VIS-1T-20-3PAGE

PAGE 05 OF 18

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 05/11/2020 | 0740 | 9680 | 017460 | 9680-2020-01525 |





W/B #1    W/B #2

Metal Guardrail

Dirt/Brush Center Median

Asphalt Shoulder

E/B #1

E/B #2

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| J.T. Neibert | 014949 | 05/16/20 | J. Mikulsky | 05/20/20 |



STATE OF CALIFORNIA
**FACTUAL DIAGRAM**
VIS-1T-20-3PAGE
PAGE 07 OF 18

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 05/11/2020 | 0740 | 9680 | 017460 | 9680-2020-01525 |



Interstate 8 Eastbound

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| J.T. Neibert | 014949 | 05/16/20 | J. Mikulsky | 05/20/20 |

STATE OF CALIFORNIA
**FACTUAL DIAGRAM**
VIS-1T-20-3PAGE

PAGE 08 OF 18

| | DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER | |
|---|---|---|---|---|---|---|
|  | 05/11/2020 | 0740 | 9680 | 017460 | 9680-2020-01525 |  |



| | PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE | |
|---|---|---|---|---|---|---|
|  | J.T. Neibert | 014949 | 05/16/20 | J. Mikulsky | 05/20/20 |  |



STATE OF CALIFORNIA

**FACTUAL DIAGRAM**

VIS-1T-20-3PAGE

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 05/11/2020 | 0740 | 9680 | 017460 | 9680-2020-01525 |

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| J.T. Neibert | 014949 | 05/16/20 | J. Mikulsky | 05/20/20 |

| STATE OF CALIFORNIA **NARRATIVE/SUPPLEMENTAL** | | | | PAGE 10 OF 18 |
|---|---|---|---|---|
| DATE OF INCIDENT 05/11/2020 | TIME 0740 | NCIC NUMBER 9680 | OFFICER I.D. 017460 | NUMBER 9680-2020-01525 |

**FACTUAL DIAGRAM LEGEND**

A reference line was established at the collision scene by Officer Neibert to facilitate the documentation of the roadway characteristics, the location of the points, and the location of the physical evidence.

The reference line was established along the raised asphalt curb on the south road edge of I-8 westbound. 0+00 was located approximately .1 mile east of the east edge of the Canebrake bridge separation or .1 mile east of milepost marker 8 SD 63.334. The station line extends in a westerly direction. All left(L) and right(R) measurements were oriented while facing in a westerly direction and were taken at right angles to the reference line. Measurements increase in a westerly direction and were measured in feet.

**VEHICLE POINTS OF REST**

Vehicle #1 right rear tire was located at reference 6+51 and 104 feet left.
Vehicle #1 right front tire was located at reference 6+58 and 109 feet left.

**PHYSICAL EVIDENCE**

1. Begin tire friction mark from Vehicle #1 - approximately 27 feet long.
2. End tire friction mark.
3. Begin tire friction mark from Vehicle #1 - approximately 21 feet long.
4. End tier friction mark.
5. Begin fluid trail from Vehicle #1 - approximately 183 feet long.
6. End fluid trail.
7. Begin tire friction mark from Vehicle #1 - approximately 95 feet long.
8. End tire friction mark.
9. Begin disturbed dirt and fluid trail from Vehicle #1 - approximately 144 feet long.
10. End disturbed dirt and fluid trail.

| PREPARED BY E. KETCHUM | I.D. NUMBER 017460 | DATE 05/11/2020 | REVIEWER'S NAME J. MIKULSKY 018152 | DATE 05/20/2020 |
|---|---|---|---|---|

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                              PAGE 11 OF 18

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 05/11/2020 | 0740 | 9680 | 017460 | 9680-2020-01525 |

1  **LOCATION OF PHYSICAL EVIDENCE**
2
3  | Item | Description | Station Location | Feet right or left |
4
5  | 1 | Begin tire friction mark | 2+43 | 30 right |
6  | 2 | End tire friction mark | 2+70 | 29 right |
7
8  | 3 | Begin tire friction mark | 2+43 | 25 right |
9  | 4 | End tire friction mark | 2+64 | 24 right |
10
11 | 5 | Begin fluid trail | 2+67 | 27 right |
12 |   | Continued | 2+94 | 26 right |
13 |   | Continued | 3+24 | 26 right |
14 |   | Continued | 3+43 | 23 right |
15 |   | Continued | 3+73 | 22 right |
16 |   | Continued | 3+99 | 15 right |
17 |   | Continued | 4+22 | 9 right |
18 |   | Continued | 4+38 | 4 right |
19 | 6 | End fluid trail | 4+50 | 0 right |
20
21 | 7 | Begin tire friction mark | 3+24 | 22 right |
22 |   | Continued | 3+43 | 20 right |
23 |   | Continued | 3+63 | 17 right |
24 |   | Continued | 3+84 | 14 right |
25 |   | Continued | 4+07 | 9 right |
26 | 8 | End tire friction mark | 4+19 | 6.5 right |
27
28 | 9 | Begin disturbed dirt/fluid trail | 5+00 | 14 left |
29 |   | Continued | 5+28 | 24 left |
30 |   | Continued | 5+56 | 37 left |
31 |   | Continued | 5+82 | 49 left |
32 |   | Continued | 6+03 | 63 left |
33 |   | Continued | 6+24 | 77 left |
34 | 10 | End disturbed dirt/fluid trail | 6+44 | 103 left |
35

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| E. KETCHUM | 017460 | 05/11/2020 | J. MIKULSKY 018152 | 05/20/2020 |

| STATE OF CALIFORNIA **NARRATIVE/SUPPLEMENTAL** | | | | PAGE 12 OF 18 |
|---|---|---|---|---|
| DATE OF INCIDENT 05/11/2020 | TIME 0740 | NCIC NUMBER 9680 | OFFICER I.D. 017460 | NUMBER 9680-2020-01525 |

**FACTS:**

**NOTIFICATION:**

On May 11, 2020, at approximately 0745 hours, I received a radio call advising of a traffic collision, with and ambulance responding, on Interstate 8 westbound, east of Canebrake Road. I responded from State Route 94, west of Ribbonwood Road, and arrived on scene at approximately 0750 hours.

All times, speeds, distances and measurements are approximations. Measurements were obtained by GPS, roll meter, vehicle odometer and visual estimation.

**SCENE:**

This collision occurred on Interstate 8 westbound, east of Canebrake Road, in an unincorporated area of San Diego County known as Boulevard. At this location, Interstate 8 westbound is maintained by the State of California, is a two-way, two lane, east-west designated, asphalt concrete paved roadway, which ascends when traveling westbound. Interstate 8 westbound is bordered to the south by a painted solid yellow line, an embedded rumble strip, an asphalt concrete paved shoulder, a dirt/brush center median, and the eastbound lanes of Interstate 8. Interstate 8 westbound was bordered to the north by a painted solid white line, an asphalt concrete paved shoulder, with an improved asphalt curb edge, a dirt shoulder and a descending dirt and rock hillside. The center median embankment ascended to the south. At this location, Interstate 8 westbound was controlled by a posted maximum speed limit of 70 miles per hour for passenger vehicles and 55 miles per hour for combination vehicles.

The collision occurred during daylight hours. The weather conditions were clear, dry, slight winds and mild in temperature. There were no visual obstructions noted or claimed.

Refer to Factual Diagram for additional details.

**PARTIES:**

Party #1 (Josh Strawder)
Party #1 was contacted on scene. Party #1 was identified by his California driver's license. Party #1 was placed as the driver of Vehicle #1 by his own admission, he is the registered owner of Vehicle #1, Passenger #1 / Witness #1's statements and his injuries were consistent with being the driver of Vehicle #1.

| PREPARED BY E. KETCHUM | I.D. NUMBER 017460 | DATE 05/11/2020 | REVIEWER'S NAME J. MIKULSKY 018152 | DATE 05/20/2020 |
|---|---|---|---|---|

| STATE OF CALIFORNIA **NARRATIVE/SUPPLEMENTAL** | | | | PAGE 13 OF 18 |
|---|---|---|---|---|
| DATE OF INCIDENT 05/11/2020 | TIME 0740 | NCIC NUMBER 9680 | OFFICER I.D. 017460 | NUMBER 9680-2020-01525 |

**PARTIES (continued):**

Vehicle #1 (Subaru WRX)
Upon my arrival on scene, Vehicle #1 was located on its wheels, in the #1 lane of Interstate 8 eastbound, facing in a westerly direction. Vehicle #1 sustained major front-end damage as a result of this traffic collision. The grille and front bumper were detached. The rear bumper was partially detached. The headlights assemblies were broken/detached. The hood was crushed and pushed towards the windshield. The fenders were detached. The driver's and front passenger doors were dented. The radiator was damaged, and the coolant was leaking. The windshield, driver's and front passenger side windows were shattered. The front wheels were flat, and the steering assemblies were damaged. The air-bags were deployed. I inspected Vehicle #1's driver's and passenger's restraint belts system and they appeared to be in use at the time of the collision. Party #1 related Vehicle #1 was experiencing turbo lag as it wasn't building enough boost. No other prior damage or mechanical defects were noted or claimed.

Party #2 (Salvador Castaneira)
Party #2 was contacted on scene. Party #2 was identified by his California driver's license. Party #2 was placed as the driver of Vehicle #2 by his own admission and location at the scene upon my arrival.

Vehicle #2 (Kenworth)
Party #2 pulled Vehicle #2 to the right shoulder on Interstate 8 westbound, east of Canebrake Road, and parked. Vehicle #2 sustained no damage. No prior damage, mechanical defects were noted or claimed.

Vehicle #2A (REITN)
Vehicle #2A was attached to the rear of Vehicle #2. Following the traffic collision, Party #2 pulled Vehicle #2A to the right shoulder on Interstate 8 westbound, east of Canebrake Road, and parked. The ICC bar (metal rear bumper) was push inwards. The left rear air-bags and brake lines were damaged. No prior damage, mechanical defects were noted or claimed.

**PHYSICAL EVIDENCE:**

Damage to Vehicle #1 (Subaru WRX).
Damage to Vehicle #2A (REITN).
Tire friction marks.
Fluid spill from Vehicle #1.

| PREPARED BY E. KETCHUM | I.D. NUMBER 017460 | DATE 05/11/2020 | REVIEWER'S NAME J. MIKULSKY 018152 | DATE 05/20/2020 |
|---|---|---|---|---|

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                    PAGE 14 OF 18

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 05/11/2020 | 0740 | 9680 | 017460 | 9680-2020-01525 |

**PHYSICAL EVIDENCE (continued):**

Two vials of blood retrieved from Party #1's left arm in completion of his requirement per California Vehicle Code section: 23612 – Implied consent. The vials of blood were booked at the California Highway Patrol El Cajon Area Office. Evidence # E-2020-0190, Item #1.

During the vehicle storage inventory of Vehicle #1 (Subaru), a tan Camel Bak backpack was located by Officer J.T. Neibert. Officer J.T. Neibert inspected the back pack and observed within the back pack was a 6x6 inch box label "Aegis Legend Kit 200W." Within the box was a vaping device and a glass bottle with a white plastic cap. The glass bottle's label that read, Farmapram –Alpazolam 2.0 mg. There were an unknown number of white capsules in the bottle. Also located within the tan back pack was a clear plastic bag with a green leafy substance. The green leafy substance appeared to be, and had the odor of, marijuana. After inventory of the backpack, I booked the glass bottle and its contents into evidence at the California Highway Patrol – El Cajon Area Office. Evidence # E-2020-0190, Item #2. The backpack and remaining contents were placed back within Vehicle #1.

A DVD with 61 digital images of the collision scene, physical evidence, and vehicles involved in the traffic collision.

This event involved a CHP patrol vehicle equipped with an MVARS (Mobile Video Audio Recording System) that was activated during the event and which may or may not have captured all information relevant to the event. The recording is maintained at the CHP office where the officer is assigned.

**STATEMENTS:**

Party #1 (Josh Strawder)
Party #1 was contacted on scene and he provided a voluntary statement. He related the following: He was traveling on Interstate 8 westbound, in the #1 lane, at 65-70 miles per hour. His car was unable to travel faster than 70 miles per hour due to a turbo boost problem. He saw a big-rig ahead in the #2 lane. As he approached, the big-rig cut him off as it crossed over the broken white lines by 2-feet. He tried to move to the other lane to his left, but he still hit the back of the trailer. He lost control of his car and hit the mountain (center divide embankment). Once he traveled back onto the road, applied the brakes and came to a stop. He exited and assisted his passenger from the vehicle.

During the Drug Recognition Evaluation (DRE) by Officer B. Clinkscales, Party #1 related he had smoked marijuana within the 24 hours. When asked how much he usually consumes, he related as much as a quarter pound of marijuana in a week. When Officer B. Clinkscales asked him about the glass bottle that read, Farmapram – Alpazolam, he immediately denied that it belonged to him and he did not know it was in his personal backpack. Later, he did relate he and his acquaintances have purchased Alpazolam in the past in Tijuana Mexico. During booking at the San Diego County Jail, he related he has been in Mexico recently but did not state for what purpose.

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| E. KETCHUM | 017460 | 05/11/2020 | J. MIKULSKY 018152 | 05/20/2020 |

| STATE OF CALIFORNIA | | | | |
|---|---|---|---|---|
| **NARRATIVE/SUPPLEMENTAL** | | | | PAGE 15 OF 18 |
| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
| 05/11/2020 | 0740 | 9680 | 017460 | 9680-2020-01525 |

1 **STATEMENTS (continued):**
2
3 Party #2 (Salvador Castaneira)
4 Party #2 was contacted on scene and he provided a voluntary statement. He related the following:  He was traveling
5 on Interstate 8 westbound, in the #2 lane, at 50 miles per hour. As he traveled west, he checked his rear-view mirrors
6 and saw a fast approaching sedan with its headlights on. The sedan was going back and forth between the #1 lane and
7 the #2 lane, unable to maintain its position within a single lane. He estimated the speed of the sedan at 80 miles per
8 hour plus. As the sedan got closer to the rear of his trailer, it failed to move over or slow down. The sedan hit the
9 back of his trailer hard, causing the sedan to travel out of control over the center median to the eastbound lanes of
10 Interstate 8. After the impact, he pulled to shoulder, parked, and responded to the sedan.
11
12 Passenger #1 (Choloe Riddle)
13 Passenger #1 was contacted on scene by Officer J.T. Neibert, #14949, and she provided a voluntary statement. She
14 related the following: She was Mr. Strawder's passenger as they were returning from El Centro back to El Cajon.
15 They departed El Cajon on May 10, 2020, sometime during the PM hours. They spent the whole night awake,
16 walking around, and spending time together, but she wasn't exactly sure were in El Centro. She said Mr. Strawder
17 was not drinking alcoholic beverages prior to the traffic collision. When asked if Mr. Strawder had consumed any
18 drugs, she related she did not want to say. In regard to the collision, she related she did not remember what happened
19 to cause the crash. I later contacted Passenger #1 at Sharp Memorial Hospital on May 11, 2020, at approximately
20 1300 hours, as she was being treated for her injuries sustained in this traffic collision. I asked her what injuries she
21 was being treated for, she related she had a lower back fracture and abrasions to her face.
22
23 Witness #1 (Dustin Ward)
24 Witness #1 was contacted on scene and he provided a voluntary statement. He related the following:  He was
25 traveling on Interstate 8 eastbound, approaching a rise on the roadway. As he traveled over a rise, he noticed a car
26 within the #1 lane. The car had smoke coming from its engine compartment. He parked and responded to the car
27 with a water bottle. When he arrived at the car, he observed a male seated in the driver's seat and a female in the
28 passenger seat. He splashed the contents of his water bottle on the engine. The male driver exited and walked around
29 to the passenger side of the car. The driver assisted the female passenger out of the car and onto the asphalt surface.
30

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| E. KETCHUM | 017460 | 05/11/2020 | J. MIKULSKY 018152 | 05/20/2020 |

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL** PAGE 16 OF 18

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 05/11/2020 | 0740 | 9680 | 017460 | 9680-2020-01525 |

**OPINIONS AND CONCLUSIONS**

**SUMMARY:**

This collision occurred on Interstate 8 westbound, east of Canebrake Road. Party #2 (Salvador Castaneira) was driving Vehicle #2 (Kenworth), towing Vehicle #2A (REITN), in the #2 lane, at 50 miles per hour. Party #1 (Justin Strawder) was driving Vehicle #1 (Subaru WRX), in the #2 lane, at an unknow high rate of speed, approaching the rear of Vehicle #2A. Due to Party #1's level of intoxication, he failed to observe the slower moving Vehicle #2 and Vehicle #2A in a timely manner. Party #1 abruptly turned to the left in an attempt to avoid a rear end collision. Party #1 failed to avoid Vehicle #2A as the front of Vehicle #1 collided with the left rear of Vehicle #2A. This impact caused major damage to Vehicle #1, sending it out of control towards to the center median's ascending embankment. Vehicle #1 continued across the center median and came to rest on its wheels, facing in a westerly direction, within the #1 lane of Interstate 8 eastbound. Party #2 drove Vehicle #2/Vehicle #2A to the right shoulder, parked, and exited to check on the safety of the other parties involved. All parties remained on scene until emergency personal arrived.

**AREA OF IMPACT:**

Area of Impact (Vehicle #1 versus Vehicle #2A) was located 0.1 miles east of the east edge of Canebrake Road undercrossing and 8 feet south of the north roadway edge (white line) of Interstate 8 westbound.

**INTOXICATION NARRATIVE:**

I contacted Party #1 (Justin Strawder) at approximately 0755 hours. During my traffic collision investigation interview of Party #1, I detected objective signs of intoxication. Party #1's eye lids were lazy and he had difficulty standing in one position. Party #1 did not know the current time of day, believing it was 8:00PM in the evening. During my interview, Party #1 was unable to account for the hours of darkness from May 10, 2020, to the morning of this traffic collision. He also related he awoke at 9:30AM on the morning of this traffic collision (May 11, 2020). Upon completion of my traffic collision investigation, I proceed to ask Party #1 a series of pre-field sobriety test (FST) questions, which he answered. Party #1 related he had not consumed any alcoholic beverage, prescription drugs, or street drugs. I explained and / or demonstrated a series of FST's to Party #1. Party #1 failed to perform the FST's as explained and / or demonstrated. Based on Party #1's / Passenger #1's statements he was driving a motor vehicle, his poor driving, his objective signs of intoxication, and his poor performance on the FST's, I formed the opinion that he was driving motor vehicle upon a roadway while under the influence of a drug. I placed Party #1 under arrest for California Vehicle Code section: 23153(f) and conducted a search of his person. I responded to California Highway Patrol – San Diego Area Office for a DRE evaluation where Officer B. Clinkscales, #15938, conducted the evaluation. Upon completion of Officer B. Clinkscales' evaluation, he formed the opinion Party #1 was under the influence of a depressant and cannabis. Party #1 was advised of implied consent per California Vehicle Code section 23612. A blood technician was requested for a blood draw to determine his drug content. Party #1 was subsequently medically transported to Sharp Memorial Hospital and medically evaluated for his right arm and complaint of pain. Party #1 was cleared for booking and transported to the San Diego County Central Jail and booked for section: 23153(f) is V.C. – Felony Driving under the influence of drugs.

| STATE OF CALIFORNIA <br> **NARRATIVE/SUPPLEMENTAL** | | | | PAGE 17 OF 18 |
|---|---|---|---|---|
| DATE OF INCIDENT <br> 05/11/2020 | TIME <br> 0740 | NCIC NUMBER <br> 9680 | OFFICER I.D. <br> 017460 | NUMBER <br> 9680-2020-01525 |

**CAUSE:**

The cause of this collision was a direct result of Party #1 (Justin Strawder) driving Vehicle #1 (Subaru WRX) in violation of 23152(f) V.C. – Driving under the influence of drugs/narcotics. Party #1 is also in violation of an associated factor of section 22350 V.C. – No person shall drive a vehicle upon a highway at a speed greater than is reasonable or prudent having due regard for weather, visibility, the traffic on, and the surface and width of, the highway, and in no event at a speed which endangers the safety of persons or property.

The summary, AOI, and cause were established by statements, physical evidence, vehicle damage, and Party #1's objective symptoms of intoxication.

**RECOMMENDATIONS:**

It is my opinion that Party #1 (Justin Strawder) was driving a motor vehicle while under the influence a drug and in violation of California Vehicle Code section, 23153(f), based upon the following:

- Party #1 and Passenger #1's (Riddle) statements that he was driving a motor vehicle.
- My observation of Party #1's objective signs and symptoms of intoxication
- Party #1's poor driving which cause this traffic collision.
- Party #1's poor performance on the Field Sobriety Tests.
- Officer B. Clinkscales observation of Party #1's objective signs of intoxication and poor performance on Field Sobriety Test.
- The injuries to Passenger #1.
- Witness #1's (Ward) observation of Party #1 seated within the driver's seat of Vehicle #1 (Subaru WRX) immediately following the collision.

I recommend that the San Diego County District Attorney's Office, East County Division, review this report and prosecute Mr. Justin Nicholas Strawder for section:

      23153(f) V.C. – Felony Driving under the influence (DUI) of drugs.

| PREPARED BY <br> E. KETCHUM | I.D. NUMBER <br> 017460 | DATE <br> 05/11/2020 | REVIEWER'S NAME <br> J. MIKULSKY 018152 | DATE <br> 05/20/2020 |
|---|---|---|---|---|

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL

PAGE 18 OF 18

# TRUCK / BUS COLLISION SUPPLEMENTAL REPORT
CHP 555D (Rev. 1-07) OPI 062

PARTY NUMBER: 2

| DATE OF COLLISION | TIME (2400) | NCIC NUMBER | OFFICER I.D. NUMBER | NUMBER |
|---|---|---|---|---|
| 05/11/2020 | 0740 | 9680 | 017460 | 9680-2020-01525 |

GENERAL INSTRUCTIONS - COMPLETE THIS FORM FOR EACH QUALIFYING VEHICLE IF THE CRASH MEETS CRITERIA ON BACK OF THIS FORM.

## QUALIFYING INFORMATION

THIS FORM IS BEING COMPLETED BECAUSE THIS VEHICLE IS:
- [x] A truck or truck combination > 10,000 lbs. GVWR / GCWR
- [ ] A bus with seats for 9 or more persons, including driver
- [ ] A vehicle of any type with a hazardous materials placard (includes auto, light truck, van, 10,000 lbs. or less)

TOTAL INVOLVED VEHICLES IN THE CRASH: 2

NUMBER OF PERSONS SUSTAINING FATAL INJURIES: 0

NUMBER OF INJURED PERSONS TRANSPORTED FOR IMMEDIATE MEDICAL TREATMENT: 1

NUMBER OF VEHICLES TOWED FROM SCENE DUE TO DISABLING DAMAGE: 1

AT THE TIME OF THE CRASH, THIS VEHICLE WAS:
- [x] Operating on a Trafficway open to the public (In-Transport)
- [ ] Parked on or off the Trafficway

COMMERCIAL DRIVER LICENSE (CDL): [x] Yes  [ ] No

CDL LICENSE CLASS (Check one): [x] Class A  [ ] Class B  [ ] Class C  [ ] Class D  [ ] Class M

## VEHICLE INFORMATION

VEHICLE CONFIGURATION (Enter one code from below): 9

1 - Passenger Car (only if vehicle has Hazardous Materials Placard)
2 - Light Truck (Only if vehicle has Hazardous Materials Placard)
3 - Bus (seats for 9-15 people, including driver)
4 - Bus (seats for 16 people or more, including driver)
5 - Single-Unit Truck (2 axles, 6 tires)
6 - Single-Unit Truck (3 or more axles)
7 - Truck / Trailer(s) (Single-Unit Truck with Trailer(s))
8 - Truck / Tractor (without trailer, bobtail, or saddlemount)
9 - Tractor / Semi-Trailer (one trailer)
10 - Tractor / Doubles (two trailers)
11 - Tractor / Triples (three trailers)
99 - Other Truck > 10,000 lbs. (not listed above)

CARGO BODY TYPE (Enter one code from below): 5

0 - Not Applicable / No Cargo Body
1 - Bus (seats for 9-15 people, including driver)
2 - Bus (seats for 16 people or more, including driver)
3 - Van / Enclosed Box
4 - Cargo Tank
5 - Flatbed
6 - Dump
7 - Concrete Mixer
8 - Auto Transporter
9 - Garbage / Refuse
10 - Grain, Chips, Gravel
11 - Pole
12 - Vehicle Towing Another Motor Vehicle
13 - Intermodal Chassis
14 - Logging
98 - Other Cargo Body (not listed above)

GVWR / GCWR (Enter one code from below. Use GCWR for truck combinations): 1

1 - 10,000 lbs. or Less
2 - 10,001 - 26,000 lbs.
3 - Greater than 26,000 lbs.

Bus Use (Enter one code from below): 0

0 - Not a Bus
1 - School (Public or Private)
2 - Transit
3 - Intercity
4 - Charter
5 - Other

### HAZARDOUS MATERIALS INVOLVEMENT

DID THE VEHICLE HAVE A HAZ-MAT PLACARD? [ ] Yes  [x] No

IF YES, INCLUDE THE FOLLOWING INFORMATION FROM THE PLACARD:

HM 4-Digit # or name from diamond or box: _____

HM Class # from bottom of diamond: _____

Was Haz-Mat released from THIS vehicle's cargo? [ ] Yes  [x] No

## MOTOR CARRIER INFORMATION

CHECK ONE:
- [x] Interstate Carrier
- [ ] Intrastate Carrier
- [ ] Not In Commerce - Government
- [ ] Not In Commerce - Other Trucks (Over 10,000 lbs. GVWR / GCWR)

Carrier Name: ace trucking inc

Carrier Street Address (P.O. Box Only if no street address): 2936 ave 3 1/2

City / State / ZIP Code: yuma, CA 85365         Phone Number: (928)726-6811

Carrier ID Number(s): NONE        USDOT# 14682141        MC / MX #        State# CA

## SEQUENCE OF EVENTS

NOTE: FOR THIS VEHICLE, LIST UP TO FOUR EVENTS

Event 1: 13    Event 2: ___    Event 3: ___    Event 4: ___

**NON-COLLISIONS**
1 Ran Off Road
2 Jackknife
3 Overturn (Rollover)
4 Downhill Runaway
5 Cargo Loss or Shift
6 Explosion or Fire
7 Separation of Units
8 Cross Median / Centerline

**NON-COLLISIONS (Continued)**
9 Equipment Failure (Tires, Brakes, Steering, etc.)
10 Other Non-Collision

**COLLISION INVOLVING / WITH**
12 Pedestrian
13 Motor Vehicle In-Transport
14 Parked Motor Vehicle

**COLLISION INVOLVING / WITH (Continued)**
15 Train
16 Pedalcycle
17 Animal
18 Fixed Object
19 Work Zone Maintenance Equipment
20 Other Moveable Object
98 Other (Describe):

| PREPARED BY | | REVIEWED BY | DATE |
|---|---|---|---|
| E. Ketchum | 017460 | J. Mikulsky 018152 | 05/20/2020 |